# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JASON A. CRAWFORD,

        Plaintiff,

v.

RACINE COUNTY JAIL,

        Defendant.

Case No. 17-CV-620-JPS

**ORDER**

      On May 31, 2017, Magistrate Judge William E. Duffin issued an order finding that Plaintiff's complaint failed to state any viable claims for relief. (Docket #7). Magistrate Duffin permitted Plaintiff to offer an amended complaint, and required that it be filed no later than June 30, 2017. *Id.* This matter was reassigned to this branch of the Court on July 10, 2017. As of that date (and still to this day), no amended complaint or any other communication had been received from Plaintiff. Magistrate Duffin warned Plaintiff that failure to file an amended complaint within the prescribed period may result in dismissal of this action. (Docket #7). The Court will, therefore, dismiss this action without prejudice for Plaintiff's failure to prosecute the same.

      Accordingly,

      **IT IS ORDERED** that the action be and the same is hereby **DISMISSED without prejudice**.

      The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 12th day of July, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge